IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EURISHA BRADLEY,<br><br>*Plaintiff,*<br><br>v.<br><br>DELTA AIR LINES, INC., a foreign corporation,<br><br>*Defendant.* | Case No. 25-cv-12464<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT AT LAW**

Plaintiff, Eurisha Bradley, by her attorneys, Austin Bartlett of BartlettChen LLC and Mark Lindquist of Mark Lindquist Law PLLC (pro hac vice forthcoming), and for her Complaint at Law and Jury Demand against Defendant Delta Air Lines, Inc. ("Delta"), alleges the following:

**Nature of Action**

1. In this action, Plaintiff seeks recovery of compensatory damages for second-degree burn injuries and emotional distress she sustained on board a domestic flight—Flight Number 2767—operated by Delta from

Chicago O'Hare International Airport to LaGuardia Airport on September 18, 2024. Plaintiff sustained second-degree burns to her inner thighs because of the negligent acts and omissions of Delta and its employees, including spilling excessively hot coffee on her and failing to properly respond to an in-flight medical emergency. These negligent acts and omissions resulted in permanent bodily injuries and emotional distress.

## Jurisdiction, Parties, and Venue

2. This Court has diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff, Eurisha Bradley, is domiciled in and a citizen of Valparaiso, Indiana. Defendant Delta is a Delaware corporation with its principal place of business in Atlanta, Georgia. Complete diversity of citizenship thus exists. The amount-in-controversy exceeds $75,000, exclusive of interest and costs.

3. Delta is present and does substantial commercial airline business in Chicago, Illinois at Chicago Midway International Airport and Chicago O'Hare International Airport, including on Plaintiff's flight at issue in this litigation.

4. Since Plaintiff's injuries occurred on a roundtrip flight from Chicago O'Hare International Airport and Chicago is a core hub of Delta's commercial airline operations, venue is proper in this District under 28 U.S.C. § 1391.

## Factual Background

5. On September 18, 2024, Plaintiff Eurisha Bradley along with her niece were traveling from Chicago to New York City on Delta Flight 2767 to attend a family wedding.

6. During the flight, a Delta flight attendant served excessively hot coffee to Plaintiff and then reached over to serve a beverage to Plaintiff's niece. In the process, Delta's flight attendant knocked the boiling-hot coffee onto Plaintiff's lap, which resulted in second-degree burns to Plaintiff's inner thighs.

7. As a result of the excessively hot coffee spilling onto Plaintiff's lap, Plaintiff experienced excruciating pain and blisters immediately formed on her inner thighs.

8. Delta's flight attendants failed to provide adequate in-flight medical assistance to Plaintiff to treat her burn injuries.

9. After Delta flight 2767 landed in LaGuardia, Plaintiff immediately visited an urgent care clinic to seek treatment for her burn injuries.

10. Plaintiff was diagnosed with second-degree burns to her left and right inner thighs, and her skin was badly blistered.

11. In the weeks following Delta Flight 2767, Plaintiff experienced persistent pain, mental anguish, and had significant blisters and lesions on her inner thighs.

12. As a result of the second-degree burns on her inner thighs, Plaintiff's daily life activities were significantly impacted. She had difficulties getting dressed, walking, showering, sleeping, working, and also experienced a loss of sexual relations and intimacy. Her social activities were also negatively impacted.

13. Plaintiff also missed approximately one week of work due to her burn injuries.

14. In addition to pain, suffering, and emotional distress, Plaintiff has suffered scarring and changes in her skin pigmentation in the areas where she was burned.

## Causes of Action
### (Negligence)
### Plaintiff v. Delta Air Lines, Inc.

15. Plaintiffs incorporate her allegations 1 through 14 above as though fully set forth herein.

16. Defendant Delta is a common carrier engaged in the business of transporting passengers for hire by air and operates regularly scheduled flights, including daily passenger flights to and from Chicago, Illinois.

17. As a common carrier, Delta owes the highest duty of care for the safety of its passengers, including Plaintiff.

18. As a common carrier, Delta owes a legal duty to provide its passengers, including Plaintiff, with a safe flight, not to serve excessively hot coffee, and not to spill excessively hot coffee on a passenger, as it is

4

reasonably foreseeable that doing so could cause severe burn injuries and cause pain, suffering, physical injuries, and emotional distress.

19. As a common carrier, Delta is also required to properly train its employees, including its pilots and flight attendants, regarding how to properly respond to in-flight medical emergencies, including how to treat burn injuries and obtain in-flight medical assistance by medical professionals either in-person or remotely.

20. During Delta Flight 2767, Delta's flight attendants proximately caused excessively hot coffee to spill on Plaintiff's body, including her thighs, through one or more of the following negligent acts or omissions:

    a. Knocking boiling-hot coffee onto Plaintiff's lap;

    b. Serving excessively hot coffee at a temperature above industry standards; and,

    c. Spilling excessively hot coffee on Plaintiff's body.

21. Delta and its employees, including its pilots and flight attendants, also negligently failed to:

    a. Promptly and properly provide in-flight medical assistance to Plaintiff;

    b. Make an announcement requesting the assistance of a doctor or other medical professional onboard to render aid to Plaintiff;

    c. Contact a remote medical provider to seek a remote doctor's guidance on how to treat Plaintiff's burn injuries;

    d.    Offer appropriate comfort and aid to Plaintiff;

    e.    Otherwise take appropriate action to protect Plaintiff from bodily harm and emotional harm.

22.    As a result of the foregoing negligent acts or omissions by Delta and its employees, including Delta's pilots and flight attendants, Plaintiff suffered personal injuries, including second-degree burns to her left and right inner thighs, blistering, lesions, changes in skin pigmentation, scarring, pain and suffering, mental anguish and emotional distress, difficulty sleeping, walking, getting dressed, loss of sexual relations and intimacy, lost wages, medical expenses, and other injuries and damages to be proven at trial.

23.    The above negligent acts and omissions by Delta and its employees proximately caused Plaintiff's injuries.

24.    Delta is liable for all injuries that Plaintiff has sustained and all damages flowing from those injuries.

WHEREFORE, Plaintiff, Eurisha Bradley, by her attorneys, Austin Bartlett of BartlettChen LLC and Mark Lindquist of Mark Lindquist Law PLLC (pro hac vice forthcoming), respectfully requests that the Court enter judgment in her favor and against the Defendant, Delta Air Lines, Inc., and award her all damages available under the law, her court costs in this matter, and such other relief as the Court deems just and proper.

## JURY TRIAL

Plaintiff demands a jury trial on all claims and issues so triable.

Dated: October 11, 2025         Respectfully submitted,

By: /s/ *Austin Bartlett*
Austin Bartlett (ARDC No. 6273427)
**BartlettChen LLC**
77 W. Wacker Drive, Suite 4500
Chicago, Illinois 60601
(312) 624-7711
www.bartlettchenlaw.com
austin@bartlettchenlaw.com

--And--

Mark Lindquist (pro hac vice forthcoming)
**Mark Lindquist Law**
100 South 9th Street
Tacoma, WA 98402
Mark@MarkLindquistLaw.com

*Counsel for Plaintiff*

7